UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| KEMARI AVERETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:19-CV-116-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER PERMITTING FILING OF** |
| UNIVERSITY OF LOUISVILLE, et al., | ) | **SECOND AMENDED COMPLAINT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order [R. 15]. Having reviewed the Agreed Order and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Plaintiff shall be permitted to file the Second Amended Complaint [R. 5], and that his Second Amended Complaint shall be **DEEMED** filed as of the date of entry of this Order.

2. The Defendants **SHALL** have fourteen (14) days from the date of entry of this Order to respond to the Second Amended Complaint [R. 5]. No Defendant shall file a response to the Complaint [R.1] or First Amended Complaint [R. 4].

March 22, 2019

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:  Counsel of Record