UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KEMARI AVERETT,                                                                                          Plaintiff,

v.                                                                                    Civil Action No. 3:19-cv-116-DJH

SHIRLEY ANN HARDY, et al,                                                                       Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Averett filed a document (DN 42-1) which contains the following personal identifier:

DATES OF BIRTH (Only the year of birth may be identified)

Pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure, personal data identifiers must be redacted.

Accordingly, the Clerk of Court is **DIRECTED to RESTRICT electronic access to this document (DN 42-1)** to Court users and participants in the case.

**IT IS ORDERED** that the Plaintiff shall file a motion to seal the document or a motion seeking leave to file a redacted version of the document along with a copy of the redacted version **within seven (7) days** of entry of this Order[1].

---

[1] Single pages contained with documents cannot be replaced by the Clerk. Therefore, the entire redacted document must be filed with the motion seeking leave to file a redacted version of the document.

1

**IT IS FURTHER ORDERED** that once the Plaintiff files a motion seeking leave to file a redacted version of the document, the motion will be **GRANTED**, and the Clerk will replace the document containing personal identifiers with the redacted version.

Dated:  June 20, 2019

                                ENTERED BY ORDER OF COURT
                                DAVID J. HALE, JUDGE
                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF KENTUCKY

By:      */s/ Natalie W. Thompson*
            Natalie W. Thompson, Deputy Clerk

cc:     Counsel of Record