*FILED ELECTRONICALLY*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| **KEMARI AVERETT,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 3:19-CV-00116-DJH-RSE |
| v. | ) | |
| | ) | |
| **UNIVERSITY OF LOUISVILLE, ET AL.** | ) | |
| | ) | |
| *Defendants.* | ) | |

Now come jointly the Parties, Kemari Averett, Shirley Hardy, and Destinee Coleman, who hereby propose the following revisions to the Scheduling Order (DN #61) currently in place:

**Identify Experts and Compliance with Fed. R. Civ. P. 26(a)(2):**

From Plaintiff/Counterclaim Defendant by:   **October 15, 2020**

From Defendants/Counterclaim Plaintiff by:   **November 15, 2020**

**Joinder(s) of Additional Parties and Amendment of Pleadings:**

From Plaintiff/Counterclaim Defendant by:   **October 30, 2020**

From Defendants/Counterclaim Plaintiff by:   **December 2, 2020**

**All Discovery:**

All discovery shall be completed by:   **May 1, 2021**

**Dispositive Motions:**

Dispositive Motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999) shall be filed by: **June 15, 2021**

Having Seen and Agreed:

/s/ Matthew Barszcz
Donna King Perry
Matthew Barszcz
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone:  (502) 581-8000
E-Mail:  donna.perry@dinsmore.com
E-Mail:  matthew.barszcz@dinsmore.com
*Counsel for Defendants Shirley Ann Hardy, Angela B. Taylor, PhD., Michael Mardis, PhD., University of Louisville, Board of Trustees University of Louisville, and Detective William Brown*


/s/Aubrey Williams (with permission)
Aubrey Williams, Esq.
One Riverfront Plaza
401 West Main Street, Suite 1708
Louisville, Kentucky  40202
E-Mail:  Aubreyw8253@bellsouth.net
*Counsel for Plaintiff*



/s/Jeremiah A. Byrne (with permission)
Jeremiah A. Byrne, Esq.
D. Christopher Robinson, Esq.
Casey Wood Hensley, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202
E-Mail:  jbyrne@fbtlaw.com
          crobinson@ftblaw.com
          chensley@fbtlaw.com

and

Georgia T. Connally, Esq.
Connally Law Offices
214 S. Eighth Street, Suite 201
Louisville, KY  40202
E-Mail:  georgia@connallylawoffices.com
*Counsel for Defendant Destinee Coleman*

2