**FILED ELECTRONICALLY**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **KEMARI AVERETT,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 3:19-CV-00116-BJB-RSE |
| v. ) | |
| ) | |
| **UNIVERSITY OF LOUISVILLE, ET AL.** ) | |
| ) | |
| *Defendants.* ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Parties, Kemari Averett, Shirley Hardy, and Destinee Coleman, jointly request that the Court modify the Scheduling Order (DN #69) as follows:

**Identify Experts and Compliance with Fed. R. Civ. P. 26(a)(2):**

From Defendants/Counterclaim Plaintiff by: **January 8, 2021**

No other provision of the Scheduling Order shall be impacted or modified. As grounds for this modification, the Parties state that Hardy is in the process of taking the depositions of Averett's experts in order to determine if she needs to identify an expert witness. As a result of scheduling issues, one of these depositions was not able to be completed before the deadline for the Defendants' expert witness disclosure deadline and Hardy needs time to complete this deposition and make a decision about her own expert witness. Averett and Coleman do not object to this request.

Having Seen and Agreed:

/s/ Matthew Barszcz
Donna King Perry
Matthew Barszcz
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 581-8000
E-Mail: donna.perry@dinsmore.com
E-Mail: matthew.barszcz@dinsmore.com
*Counsel for Defendants Shirley Ann Hardy, Angela B. Taylor, PhD., Michael Mardis, PhD., University of Louisville, Board of Trustees University of Louisville, and Detective William Brown*


/s/ Aubrey Williams (with permission)
Aubrey Williams, Esq.
One Riverfront Plaza
401 West Main Street, Suite 1708
Louisville, Kentucky 40202
E-Mail: Aubreyw8253@bellsouth.net
*Counsel for Plaintiff*



/s/ Jeremiah A. Byrne (with permission
Jeremiah A. Byrne, Esq.
D. Christopher Robinson, Esq.
Casey Wood Hensley, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
E-Mail: jbyrne@fbtlaw.com
         crobinson@ftblaw.com
         chensley@fbtlaw.com

and

Georgia T. Connally, Esq.
Connally Law Offices
214 S. Eighth Street, Suite 201
Louisville, KY 40202
E-Mail: georgia@connallylawoffices.com
*Counsel for Defendant Destinee Coleman*