UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KEMARI AVERETT ) | |
|     Plaintiff ) | |
| ) | Civil Action No. 3:19-CV-00116-BJB-RSE |
| v. ) | |
| ) | |
| UNIVERSITY OF LOUISVILLE, et al. ) | |
| ) | |
|     Defendants ) | |

**NOTICE TO TAKE DEPOSITION OF DR. ANGELA TAYLOR VIA ZOOM**

    Please take notice that counsel for Plaintiff, Kemari Averett, pursuant to the Federal Rules of Civil Procedure, will take the deposition of Dr. Angela B. Taylor on April 23, 2021, beginning at 10:00 a.m. The deposition will be taken remotely with Instructions for video conferencing to follow this notice prior to the deposition. This deposition will continue from day to day until completed, Sundays and holidays excepted.

    Respectfully Submitted,

    / s / Aubrey Williams
    AUBREY WILLIAMS
    One Riverfront Plaza
    Suite 1708
    401 West Main Street
    Louisville, KY  40202
    Tel:   (502) 581-1088
    Fax:   (502) 581-0595
    E: aubreyw8243@bellsouth.net
    **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

It is hereby certified that on April 5, 2021 the foregoing Notice of Deposition was filed with the Clerk of this Court via the Court's CM/ECF electronic filing system, which will send notice of filing on even date to the individuals listed below:

Hon. Donna King Perry, and
Hon. Matthew Barszcz
Dinsmore & Shohl, LLP
101 Fifth Street, Suite 2500
Louisville, KY 40202
E: Donna.Perry@dinsmore.com
E: Matthew.Barsca@dinsmore.com
**Counsel for Defendants Shirley Ann Hardy, Angela B. Taylor, Ph.D., Michael Mardis, PhD., University of Louisville, Board of Trustees, and Detective William Brown**

Hon. Jeremiah Byrne
D. Christopher Robinson
Casey Wood Hensley
Frost Brown Todd, PLLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
E:jbyrne@fbtlaw.com
**Counsel for Destinee Coleman**

Hon. Georgia T. Connally
Connally Law Offices
214 South Eighth Street, Suite 201
Louisville, KY 40202
georgia@connallylawoffices.com
**counsel for Destinee Coleman**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201
schedule@kentuckianareporters.com
502-589-2273

/ s/ Aubrey Williams