UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KEMARI AVERETT ) | |
|          Plaintiff ) | |
| ) | |
| ) | Civil Action No. 3:19-CV-116-CHB |
| v. ) | |
| ) | |
| ) | |
| UNIVERSITY OF LOUISVILLE, et al. ) | |
| ) | |
|          Defendants ) | |
| ) | |

**AGREED ORDER FOR ENLARGEMENT OF TIME TO RESPOND
UNIVERSITY OF LOUISVILLE'S MOTION TO QUASH SUBPOENA/
MOTION FOR PROTECTIVE ORDER**

University of Louisville filed a Motion to Quash Subpoena/Motion for Protective Order on June 28, 2021. Plaintiff's response is due on or about July 19, 2021. However, due to counsel for Plaintiff having to visit his sister, who has cancer, in Phoenix, Arizona on June 26, 2021, and due to the death of his brother in Augusta, Georgia from cancer on July 13, 2021, combined with a personal medical procedure the same week and critical deadlines in his practice, he and counsel for the University of Louisville have agreed to enlarge the time for Plaintiff's Response to an additional twenty (20) days, subject to the Court's approval, thus making Plaintiff's Response due on or before August 19, 2021.

No other provision of the Scheduling Orders shall be impacted by this Order.

Having seen and agreed:

/ s / Aubrey Williams
One Riverfront Plaza
401 West Main Street, Suite 1708
Louisville, KY  40202
E-Mail:  aubreyw8243@bellsouth.net
**Counsel for Plaintiff**

/ s / Matthew Barszcz( with permission)
Donna King Perry
Matthew Barszcz
DINSMORE & SHOHL, LLP
101 South Fifth Street, Suite 2500
Louisville, KY  40202
E-Mail: donna.perry @dinsmore.com
E-Mail:  matthewbarszcz@dinsmore.com
**Counsel for University of Louisville**