# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| KEMARI AVERETT, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 3:19-CV-00116-BJB-RSE |
| v. | ) |
| SHIRLEY HARDY, ET AL. | ) |
| *Defendants.* | ) |

## SHIRLEY HARDY'S MOTION FOR SUMMARY JUDGMENT

Defendant Shirley Hardy, by counsel, and pursuant to Fed. R. Civ. P. 56, hereby moves this Court to enter summary judgment and to dismiss Kemari Averett's claim against her in its entirety and with prejudice. The grounds for this Motion are explained in an attached supporting Memorandum, which is being simultaneously filed. A proposed Order is attached as well.

Respectfully submitted,

/s/ Matthew Barszcz
Donna King Perry
Matthew Barszcz
Suzanne Marino
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 540-2300
Facsimile: (502) 585-2207
donna.perry@dinsmore.com
matthew.barszcz@dinsmore.com
suzanne.marino@dinsmore.com
*Counsel for Defendant Shirley Ann Hardy and Non-Parties Angela B. Taylor, PhD., Michael Mardis, PhD., University of Louisville, Board of Trustees University of Louisville, and Detective William Brown*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

Aubrey Williams, Esq.
One Riverfront Plaza
Suite 1708
401 West Main Street
Louisville, Kentucky 40202
E-Mail: Aubreyw8243@bellsouth.net
*Counsel for Plaintiff*

Jeremiah A. Byrne, Esq.
D. Christopher Robinson, Esq.
Casey Wood Hensley, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
E-Mail: jbyrne@fbtlaw.com
         crobinson@fbtlaw.com
         chensley@fbtlaw.com
*Counsel for Defendant Destinee Coleman*

Georgia T. Connally, Esq.
Hensley Trinkle Law
2013 Frankfort Ave.
Louisville, KY 40206
E-Mail: georgia@connallylawoffices.com
*Counsel for Defendant Destinee Coleman*

                                  /s/ Matthew Barszcz
*Counsel for Defendant Shirley Ann Hardy and Non-Parties Angela B. Taylor, PhD., Michael Mardis, PhD., University of Louisville, Board of Trustees University of Louisville, and Detective William Brown*