UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00116-BJB

**KEMARI AVERETT**                                                                             **PLAINTIFF**

**VS.**

**SHIRLEY ANN HARDY, et al.**                                       **DEFENDANTS**

## ORDER

On December 20, 2021, the Court entered an Order staying this case until January 31, 2022, pursuant to the Servicemembers Civil Relief Act. (DN 144). The Court's Order scheduled a telephonic status conference for February 1, 2022, to discuss next steps in the case. (*Id.*). Prior to this ruling, Plaintiff Kemari Averett filed a "Motion to Modify Scheduling Order Deadline," stating generally that "confusion exists as to whether or not the existing Scheduling Order can be justly and fairly enforced." (DN 133). Although Plaintiff seeks to "modify the Scheduling Order and deadlines," he fails to identify which deadlines he believes should be extended or the length of extension necessary.[1] Defendant Shirley Ann Hardy opposed this Motion. (DN 137). The Court **DENIES** Plaintiff's Motion (DN 133) without prejudice in light of the case being stayed until January 31, 2022. During the telephonic conference on February 1, 2022, the parties can discuss whether any expired scheduling order deadlines should be extended due to the stay in this action resulting from Defendant Coleman's active duty with the National Guard.

January 7, 2022

*[signature]*

Regina S. Edwards, Magistrate Judge
United States District Court

Copies:        Counsel of Record

---

[1] Plaintiff's motion incorrectly states that the Court ruled on Defendant Coleman's motion to stay without allowing Plaintiff time to respond. The Court granted Coleman's Motion to Stay on December 20, 2021, after Plaintiff's twenty-one day response period had expired. (DN 144).