UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

***Filed Electronically***

KEMARI AVERETT

                      PLAINTIFF

v.                                                  CASE NO. 3:19-CV-116-BJB-RSE

SHIRLEY ANN HARDY, et al.,

                      DEFENDANTS

---

## <u>NOTICE OF SERVICE</u>

\* \* \* \* \* \* \* \* \* \*

    Defendant/Counterclaimant Destinee Coleman ("Coleman"), by and through counsel, and pursuant to Rule 5 of the Federal Rules of Civil Procedure, hereby gives notice that Destinee Coleman has served, by electronic mail on January 31, 2022, a copy of the following:

- Destinee Coleman's Supplemental Answers and Responses to Plaintiff's Interrogatories.

1

Respectfully submitted,

*/s/ Jeremiah A. Byrne*
Jeremiah A. Byrne
D. Christopher Robinson
Casey Wood Hensley
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, KY  40202
jbyrne@fbtlaw.com
crobinson@fbtlaw.com
chensley@fbtlaw.com


Beth Kinney-Robinson
Legal Aid Society of Louisville
416 W. Muhammad Ali Blvd.
Suite 300
Louisville, KY  40202
Brobinson-kinney@laslou.org

and


Georgia Connally
Connally Law Offices
Louisville, KY  40206
georgia@connallylawoffices.com

*Counsel for Defendant/Counterclaimant*
*Destinee Coleman*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed via the Court's E-Filing System, which will send copies to registered users this 31st day of January, 2022.  I also hereby certify that a true and accurate copy of the foregoing was served via electronic mail this 31st day of January, 2022 to the following:

Donna King Perry
Matthew Barszcz
Dinsmore & Shohl LLC
101 S. Fifth St., Suite 2500
Louisville, KY  40202
donna.perry@dinsmore.com
matthew.barszcz@dinsmore.com
*Counsel for Shirley Ann Hardy*

Aubrey Williams
One Riverfront Plaza
402 W. Main St., Suite 1708
Louisville, KY  40202
aubreyw8243@bellsouth.net
*Counsel for Plaintiff/Counterclaim Defendant Kemari Averett*

*/s/ Jeremiah A. Byrne*
*Counsel for Defendant/Counterclaimant Destinee Coleman*

0141507.0717621   4893-1341-0828v1                            3