# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**KEMARI AVERETT**                                                                                        **PLAINTIFF**

v.                                                                                                 No. 3:19-cv-116-BJB

**SHIRLEY ANN HARDY, ET AL.**                                                               **DEFENDANTS**

\* \* \* \* \*

## ORDER

Kemari Averett objects to Magistrate Judge Edwards's Order (DN 152) denying his second motion to modify the scheduling order. Objections (DN 155). Judge Edwards determined that Averett failed to show good cause to extend discovery, as required by Federal Rule of Civil Procedure 16(b)(4). DN 152 at 3–4, 9. In Averett's view, Judge Edwards ignored the context for his motion and should have extended him additional discovery—despite his (admitted) failure to identify any particular deadlines that were problematic or to specify the length of any extension or extensions needed. Objections at 3–5.

Under 28 U.S.C. § 636(b)(1)(A), the Court may reconsider a magistrate judge's determination of non-dispositive, pretrial matters "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." *See also* FED. R. CIV. P. 72(a). A motion to modify a scheduling order "is a non-dispositive matter subject to review under the clearly erroneous or contrary to law standard." *J.H. ex rel. Harris v. Williamson County*, No. 3:14-cv-2356, 2017 WL 11476336, at *1 (M.D. Tenn. May 18, 2017). Under the § 636(b)(1)(A) standard, the Court will "review findings of fact for clear error and … matters of law de novo." *Bisig v. Time Warner Cable, Inc.*, 940 F.3d 205, 219 (6th Cir. 2019) (quotation omitted).

Averett's six-page motion lacks citation to legal authority and supplies no factual or legal basis to second-guess Judge Edwards's Order. Since he hasn't shown that Judge Edwards clearly erred or ruled contrary to law, the Court overrules Averett's objections (DN 155).

Benjamin Beaton, District Judge
United States District Court

July 11, 2022

1