## **PROPOSED ORDER**

Motion having been made, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that **MEMORANDUM OPINION AND ORDER**  (DOCUMENT 55 filed on 03/03/20 20 Page 1 of 22 Page  ID #:616) **IS A FINAL AND APPEALABLE ORDER.**

_____<br>
<b>David J. Hale J. Hale, Judge</b><br>
<b>United States District Court</b>