*FILED ELECTRONICALLY*

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KEMARI AVERETT,
*Plaintiff*

                                  *No. 3:19-CV-116-CHB-RSE*

V.                 NOTICE OF APPEAL

**SHIRLEY HARDY, Student Conduct Officer**
**MICHAEL MARDIS, DEAN OF STUDENTS &VICE PROVOST**
**ANGELA B. TAYLOR,ASSISTANT DEAN OF STUDENTS**
**BRIAN BIGELOW, FORMER TITLE IX OFFICER**
Sued in their individual and official capacities,
**University of Louisville**
**Board of Trustees University of louisvlle and**
**Detective William Brown**
**DEFENDANTS**

---

Notice is hereby given that Kemari Averett (Plaintiff) in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Order entered in this action on March 10, 2023 by Judge Beaton granting Defendant Shirley Ann Hardy's Motion for Summary Judgment.  In so doing he implicitly and effectively granted summary judgment to all other Defendants, ignoring the roles that they played in the due process investigation.

Kemari Averett also hereby appeals Judge Hale's Order on March 3, 2020 dismissing all the Defendants named in this case except Shirley Hardy on the grounds that she and her actions alone deprived Averett of his rights to due process, to wit: (1), she only sought evidence that allegedly confirmed Averett's guilt.(2), she only  admitted prejudicial and irrelevant materials

1

into evidence at the hearing,(3), Hardy forced Averett to truncate his written witness statement which prevented him from fully presenting his defense.

/s/ AUBREY WILLIAMS  
COUNSEL FOR PLAINTIFF  
401 W. Main Street  
Suite 1708  
Louisville, KY40202  
Aubreyw8243@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appeal was filed with the Clerk of this Court via the Court's CM/ECF electronic filing system on April 7, 2023 which will send notice of filing to the individuals below on even date:

Hon. Donna King Perry, and Hon. Matthew Barszcz
Dinsmore & Shohl, LLP, 101 Fifth Street, Ste. 2500
Louisville, KY
E:Donna.Perry@dinsmore.com,
E:Matthew Barszcz @dinsmore.com
Counsel for University of Louisville Defendants Shirley HARDY
Angela Taylor, Michael Mardis, Board of Trustees,Det. Wm. Brown

And

Hon. Jeremiah A. Byrne, Frost Brown Todd LLC
400 West Market Street, 32nd Floor,
Louisville, KY 40202, Counsel for Destinee Coleman

/s/Aubrey Williams