*FILED ELECTRONICALLY*

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KEMARI AVERETT,
*Plaintiff*

*No. 3:19-CV-116-DJH-RSE*

**V.**

**SHIRLEY HARDY, Student Conduct Officer, ET.AL**

**DEFENDANTS**

## NOTICE OF FILING OF PROPOSED ORDER

Comes Plaintiff, by counsel and files the attached Proposed Order

  /s/ AUBREY WILLIAMS_____
COUNSEL FOR PLAINTIFF
401 W. Main Street
Suite 1708
Louisville, KY 40202
Aubreyw8243@bellsouth.net

## CERTIFICATE OF SERVICE

 I hereby certify that this Notice of Filing Proposed Order was filed with the Clerk of this Court via the Court's CM/ECF electronic filing system on April 10, 2023 which will send notice of filing to the individuals listed below on even date:

Hon. Donna King Perry, and Hon. Matthew Barszcz
Dinsmore & Shohl, LLP, 101 Fifth Street, Ste. 2500
Louisville, KY
E:Donna.Perry@dinsmore.com,
E:Matthew Barszcz @dinsmore.com
 Counsel for University of Louisville Defendants Shirley Hardy,
 Angela Taylor, Michael Mardis, Board of Trustees,Det. Wm. Brown
 And  Brian, University Defendants, and
 Hon. Jeremiah A. Byrne, Frost Brown Todd LLC
400 West Market Street, 32nd Floor,
Louisville, KY 40202, Counsel for Destinee Coleman

/s/Aubrey Williams

1