# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**KEMARI AVERETT**

**V.**  No. 3:19-cv-116-BJB

**SHIRLEY ANN HARDY, ET AL.**

\* \* \* \* \*

# SCHEDULING ORDER

The Court held a telephonic hearing on May 31, 2023. Aubrey Williams appeared for Kemari Averett. Jeremiah Byrne appeared for Destinee Coleman. Suzanne Marino and Matthew Barszcz appeared for the U of L Defendants.

**1.** For the reasons stated on the record, the Court denies Averett's Rule 54(b) motion (DN 195). The Court's prior rulings granting in part the motion to dismiss (DN 55), granting the motions for summary judgment (DN 180), and denying the motion for reconsideration (DN 180) do not resolve this case in full, so no final judgment exists. And under Rule 54(b), while those rulings do fully resolve the Plaintiff's claims, the Court disagrees "that there is no just reason for delay" in the appeal of the rulings against the Plaintiff and declines to enter final judgment as to fewer than all claims. *Lowery v. Fed. Exp. Corp.*, 426 F.3d 817, 821 (6th Cir. 2005).

**2.** In response to the Defendant/Counterclaimant's request, and the Plaintiff/Counterclaim Defendant's request to accommodate scheduling conflicts, the Court set this case for trial beginning **Monday, December 11, 2023 at 9:00 a.m. Eastern**, at the federal courthouse in Louisville.

To prepare for trial, the Court also sets the following deadlines:

**3.    July 17, 2023 – Defendant/Counterclaimant's Trial Brief.** The trial brief should include the party's witness and exhibit lists, deposition designations, proposed jury instructions, and proposed voir dire questions. It should also identify and explain any unresolved factual, evidentiary, and legal issues (not already addressed by a separate motion) that she reasonably anticipates may arise at trial. The proposed jury instructions may be emailed to chambers, copying all

counsel, as a Microsoft Word or similar document that includes a verdict form. The Court (rather than counsel) will ask all voir dire questions, giving due consideration to the requests and recommendations of counsel. Absent good cause shown, no witness shall testify and no exhibit, chart, or testimony shall be admitted into evidence unless it complies with this order.

4. **August 14, 2023 – Plaintiff/Counterclaim Defendant's Trial Brief.** This trial brief should likewise include the party's witness and exhibit lists, deposition designations, and proposed jury instructions and voir dire questions—and otherwise track the requirements of the Defendant/Counterclaimant's brief set forth above. It should also include any objections to the positions taken in the Defendant/Counterclaimant's trial brief.

5. **August 28, 2023 – Motions in Limine.** Any motions in limine should be filed as a single consolidated motion and brief. The Defendant/Counterclaimant's motion may also include any objections to the positions taken in the Plaintiff/Counterclaim Defendant's trial brief.

6. **September 11, 2023 – Responses to any Motions in Limine**

7. **Mediation** – The Magistrate Judge is authorized to convene (and the parties are ordered to attend) a settlement conference at any time, and in any event no later than **September 29, 2023.** Further discussions may continue after this deadline so long as the conference has occurred before the deadline.

8. **November 13, 2023 – Final Pretrial Conference.** The Court sets a final pretrial conference on November 13, 2023 at **10:00 a.m. Eastern** in the Louisville courthouse.

Benjamin Beaton, District Judge
United States District Court

June 2, 2023