UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Filed Electronically*

| | | |
|---|---|---|
| KEMARI AVERETT | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-116-BJB-RSE |
| | ) | |
| SHIRLEY ANN HARDY, et al. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**DEFENDANT/COUNTERCLAIMANT DESTINEE COLEMAN'S
MOTION TO MODIFY SCHEDULING ORDER AND FOR STATUS CONFERENCE**

Defendant/Counterclaimant Destinee Coleman respectfully requests this Court to modify the Scheduling Order [DE 206] and schedule a status conference in this case.

Ms. Coleman respectfully submits that good cause exists to modify the Scheduling Order in this action as follows: The current Scheduling Order sets many of Ms. Coleman's deadlines (*e.g.*, Trial Brief, Witness List, Exhibit List, Deposition Designations, Proposed Jury Instructions, and Proposed Voir Dire Questions) for one month *before* Averett's same submissions must be filed with the Court. But Averett is the *plaintiff* who initiated this lawsuit, asserting a defamation claim against Ms. Coleman because she lawfully reported that he raped her. [DE 1, Averett's Complaint, Count III; *see also* DE 5, Averett's Second Amended Complaint, Count III]. After being subjected to a lawsuit, Ms. Coleman was forced to respond and asserted counterclaims for battery, assault, intentional infliction of emotional distress, abuse of process, and invasion of privacy against Averett. [DE 24, Coleman's Answer and Counterclaim].

1

2

In short, Averett is the plaintiff in this case, and his disclosures and related filings should be made first. Ms. Coleman's should follow. Ms. Coleman therefore requests the deadlines to be adjusted accordingly.

For the Court's convenience, the chart below lists the current deadlines pursuant to the Scheduling Order, and the changes proposed by Ms. Coleman:

| Event | Current Deadline under Scheduling Order | Proposed Deadline |
|---|---|---|
| **Defendant/Counterclaimant Coleman's:**<br><br>Trial Brief<br>Witness List<br>Exhibit List<br>Deposition Designations<br>Proposed Jury Instructions<br>Proposed Voir Dire Questions | July 17, 2023 | **August 14, 2023** |
| **Plaintiff/Counterclaim Defendant Averett's:**<br><br>Trial Brief<br>Witness List<br>Exhibit List<br>Deposition Designations<br>Proposed Jury Instructions<br>Proposed Voir Dire Questions | August 14, 2023 | **July 17, 2023** |
| Deadline for filing Motions *in Limine* | September 11, 2023 | September 11, 2023 (same) |
| Mediation | September 29, 2023 | September 29, 2023 (same) |
| Final Pretrial Conference | November 13, 2023 at 10:00 a.m. Eastern | November 13, 2023 at 10:00 a.m. Eastern (same) |
| Trial | December 11, 2023 at 9:00 a.m. Eastern | December 11, 2023 at 9:00 a.m. Eastern (same) |

Ms. Coleman has tendered herewith a proposed Order setting forth these changes. Ms. Coleman also requests a Status Conference with the Court, to the extent that the Court finds it helpful to discuss the pending claims and the Motion to modify the deadlines set forth above.

        Respectfully submitted,

        */s/ D. Christopher Robinson*
        Jeremiah A. Byrne
        D. Christopher Robinson
        Casey Wood Hensley
        Frost Brown Todd LLP
        400 W. Market St., 32nd Floor
        Louisville, KY  40202
        jbyrne@fbtlaw.com
        crobinson@fbtlaw.com
        chensley@fbtlaw.com

        and

        Beth Kinney-Robinson
        Legal Aid Society of Louisville
        416 W. Muhammad Ali Blvd.
        Suite 300
        Louisville, KY  40202
        Brobinson-kinney@laslou.org

        *Counsel for Defendant/Counterclaimant*
        *Destinee Coleman*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed via the Court's E-Filing System, which will send copies to registered users this 16th day of June, 2023. I also hereby certify that a true and accurate copy of the foregoing was served via electronic mail this 16th day of June, 2023 to the following:

Aubrey Williams
One Riverfront Plaza
402 W. Main St., Suite 1708
Louisville, KY 40202
aubreyw8243@bellsouth.net
*Counsel for Plaintiff/Counterclaim Defendant Kemari Averett*

Georgia Hensley (formerly Connally)
HENSLEY FIRM, LLC
1209 Garvin Place
Louisville, KY 40203
georgia@hensleyfirm.com

Donna King Perry
Matthew Barszcz
Dinsmore & Shohl LLC
101 S. Fifth St., Suite 2500
Louisville, KY 40202
donna.perry@dinsmore.com
matthew.barszcz@dinsmore.com
*Counsel for Shirley Ann Hardy*

*/s/ D. Christopher Robinson*
*Counsel for Defendant/Counterclaimant Destinee Coleman*