UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Filed Electronically*

KEMARI AVERETT

    PLAINTIFF

v.      CASE NO. 3:19-CV-116-BJB-RSE

SHIRLEY ANN HARDY, et al.,

    DEFENDANTS

### **DEFENDANT DESTINEE COLEMAN'S STATUS REPORT**

Defendant/Counterclaimant Destinee Coleman ("Coleman") provides this Status Report pursuant to the Court's June 23, 2023 Order [DN 210].

In the Order dated June 23, 2023, regarding Kemari Averett's defamation claims against Destinee Coleman, the Court stated, "Given the inattention this claim has received thus far, the parties must, within 21 days, file joint or separate status reports regarding the Plaintiff's defamation claim." [DN 210].

After Kemari Averett sexually assaulted and committed sexual battery against Destinee Coleman, Coleman lawfully reported those facts to the appropriate administrative and governmental entities. Averett then filed this lawsuit against her for defamation. But Plaintiff has established nothing in this case to support his claims for defamation in any way, shape, or form. Plaintiff has not established any evidence to support such a claim, and it should be dismissed on that basis.

Respectfully submitted,

*/s/ Casey Wood Hensley*
Jeremiah A. Byrne
D. Christopher Robinson
Casey Wood Hensley
Frost Brown Todd LLP
400 W. Market St., 32nd Floor
Louisville, KY  40202
jbyrne@fbtlaw.com
crobinson@fbtlaw.com
chensley@fbtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed via the Court's E-Filing System, which will send copies to registered users this 14th day of July 2023.  I also hereby certify that a true and accurate copy of the foregoing was served via electronic mail this 14th day of July, 2021 to the following:

Donna King Perry
Matthew Barszcz
Suzanne Marino
Dinsmore & Shohl LLC
101 S. Fifth St., Suite 2500
Louisville, KY  40202
donna.perry@dinsmore.com
matthew.barszcz@dinsmore.com
suzanne.marino@dinsmore.com
theresa.montfort@dinsmore.com
*Counsel for U of L Defendants and Shirley Ann Hardy*

Aubrey Williams
One Riverfront Plaza
402 W. Main St.
Suite 1708
Louisville, KY  40202
aubreyw8243@bellsouth.net
*Counsel for Plaintiff, Kemari Averett*

Beth Kinney-Robinson
Legal Aid Society of Louisville
416 W. Muhammad Ali Blvd.
Suite 300
Louisville, KY  40202
brobinson-kinney@laslou.org
*Counsel for Defendant, Destinee Coleman*

Georgia Connally
Hensley Trinkle Law
2013 Frankfort Ave.
Louisville, KY  40206
georgia@connallylawoffices.com

*/s/ Casey Wood Hensley*
*Counsel for Defendant/Counterclaimant Destinee Coleman*