UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Filed Electronically*

| | |
|---|---|
| KEMARI AVERETT )<br>      Plaintiff )<br>)<br>)   Civil Action No. 3:19-CV-116-BJB<br>v. )<br>)<br>)<br>UNIVERSITY OF LOUISVILLE, et al. )<br>)<br>      Defendants )<br>) | |

**DEFENDANT KEMARI AVERETT'S STATUS REPOR**

Comes Plaintiff by counsel, pursuant to the Court's June 23, 2023 Order provides this Status Report involving the claims of Averett and Coleman. Simply put, Averett has little more to report beyond what he states in his defamation claim against Coleman, to wit: she wanted more t than a casual relationship with him. After having sex with him on the eventful night and asking him a second time "If he had that white girl pregnant" and he "said yes." she got angry and did what she had threatened to do by letter previously, namely that she would make him sorry for rejecting her for his white girlfriend. With Hardy's cooperation she falsely and maliciously accused him of rape, and in doing so perjured herself with Hardy's shameful and disgusting assistance in the Kafkanesque[1] Student Conduct tribunal parading as a due process proceeding pursuant to the Fourteenth Amendment all in violation of the University Defendants Code of Student Conduct.

---

[1]Judge Hale, citing Merriam Webster, corrected my spelling, and I responded that as a PHD. I had earned the privilege of spelling it my way.

It is more than interesting that counsel for Coleman seems to take offense at Averett's determination to restore his good name and salvage his college education and pursue a livelihood through his God-given talent to play professional football. The petulant reaction of counsel for Coleman and his assault on Averett's character do not obscure Coleman's mendacity and vicious determination to destroy him, and not only because he rejected her aggressive and shameless pursuit for sex, but that he preferred and had a baby by a young white woman.

Instead of abating, her viciousness intensified when the Jefferson County Grand Jury, despite the vigorous efforts of a seasoned prosecutor and veteran detective, refused to give credence to her unconscionable, preposterous, and vulgar concoction, driving her, as a last resort, with the misguided assistance of unknown counsel, to corrupt the purpose of the law to protect honest women with legitimate complaints from domestic violence. It is not insignificant that in her petition, she admits that Averett was merely an acquaintance of hers (See Exhibit attached to Complaint).

Coleman and her counsel make a mockery of the statute. It was prompted by the sad and tragic case of Amanda Ross, the ex-fiancé of former Governor Louie Nunn's son, Steve Nunn who stalked and killed her. Former Speaker of the Kentucky House of Representative and Attorney General, Greg Stumbo spearheaded the legislation, which became known as "Amanda's Law." should one expect from such a person.

        Respectfully Submitted,

        / s / Aubrey Williams
        AUBREY WILLIAMS
        One Riverfront Plaza
        Suite 1708

401 West Main Street
Louisville, KY 40202
Tel:   (502) 581-1088
Fax:   (502) 581-0595
E: aubreyw8243@bellsouth.net
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

It is hereby certified that on July 27, 2023, the foregoing Status Report was filed with the Clerk of this Court via the Court's CM/ECF electronic filing system, which will send notice of filing on even date to the individuals listed below:

Hon. Donna King Perry, and
Hon. Matthew Ba
Dinsmore & Shohl, LLP
101 Fifth Street, Suite 2500
Louisville, KY 40202
E: Donna.Perry@dinsmore.com
E: Matthew.Barsca@dinsmore.com
Counsel for Defendants Shirley Ann Hardy, Angela B. Taylor, PhD, Michael Mardis, PhD., University of Louisville, Board of Trustees, and Detective William Brown

Hon. Jeremiah Byrne
Frost Brown Todd, PLLC
400 West Market Street, 32nd Floor
Louisville, KY  40202
Counsel for Destinee Coleman

/ s/ Aubrey Williams
